RECEIVED
JAN 1 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ERNEST RANDAL COMEAUX          CIVIL ACTION NO. 06-367-P

VERSUS                         JUDGE HICKS

RICHARD STALDER, ET AL.        MAG. JUDGE HORNSBY

*************************************************************

### PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL FINAL JUDGEMENT

NOW INTO COURT, comes, Ernest Randal Comeaux, plaintiff pro se, in the above captioned action and states the following:

1. Considering the attached Memorandum In Support Of Plaintiff's Motion For Entry Of Partial Final Judgement and in accordance with the provisions of Fed.R.Civ.P. 54(b), plaintiff prays the this Honorable Court issue an order of partial final judgement concerning it's order of October 24, 2006, dismissing several of plaintiff's claims with prejudice. Plaintiff further prays that this Honorable Court make an express determination that there is no just reason for delay in plaintiff seeking appellant review.

READ AND SIGNED, this 12th. day of January 2007.

Respectfully submitted,

*Ernest Randal Comeaux*
Ernest Randal Comeaux
DOC# 409283 N5D
David Wade Correctional Center
670 Bell Hill Rd.
Homer, La. 71040-2150
(318) 927-0400

*Plaintiff's Motion is DENIED.*
*Shreveport, La. this 19th day of January 2007.*
*/s/ Maurice Hicks/*
DISTRICT JUDGE