**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ERNEST RANDAL COMEAUX                    CIVIL ACTION NO. 06-0367

VERSUS                                   JUDGE S. MAURICE HICKS, JR.

RICHARD STALDER, ET AL                   MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 69) be and is hereby **GRANTED** and all remaining claims are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of December, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE